# *Exhibit 2*

## U.S. Patent No. 7,528,421
### ("'421 Patent")

**Accused Products**

The Leedarson LEDi2 6W (40W Equivalent) Dimmable LED Light Bulb (Warm White) (i2-LA19D06-27K-4P)[1] ("Leedarson A19 LED Bulb") infringes at least Claims 1-2, 6, and 10 of the '421 Patent.

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| 1[pre]. A LED assembly adapted for surface mounting and high temperature operation, the LED assembly comprising: | The Leedarson A19 LED Bulb is a luminaire that contains an LED assembly adapted for surface mounting and high temperature operation. An image of the Leedarson A19 LED Bulb (and its retail packaging) is shown below.<br><br><br><br>Leedarson A19 LED Bulb Packaging |

---

[1]Information in this chart is based on teardown analysis performed on behalf of LSG.

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| | The Leedarson A19 LED Bulb contains at least one LED assembly. |

The Leedarson A19 LED Bulb contains at least one LED assembly.

As shown in the below image of the Leedarson A19 LED Bulb, the product contains several LED packages ("Leedarson A19 LED Package(s)"), at least one of which is an embodiment of an LED assembly.



**Leedarson A19 LED Package**

Image of Leedarson A19 LED Bulb PCB

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| | One of the Leedarson A19 LED Packages, shown in the optical image below, was removed from the Leedarson A19 LED Bulb and was analyzed to demonstrate that the relevant elements of claim 1 and its asserted dependent claims are met. REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
|  | The Leedarson A19 LED Package analyzed in this claim chart is an LED assembly adapted for surface mounting. ███████████████████████████, shown in the below image. ████████████████████████████████████████████████ <br><br> REDACTED <br><br><br><br><br><br><br><br><br><br><br> The remainder of the preamble is not limiting. The Leedarson A19 LED Package analyzed in this claim chart is an LED assembly adapted for high temperature operation because it meets the structural limitations recited in claim elements 1[a]-1[g], as shown in further detail below. |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| 1[a]. a thermally conducting base, wherein at least a portion of the thermally conducting base is substantially planar; | The Leedarson A19 LED Package includes a thermally conducting base, wherein at least a portion of the thermally conducting base is substantially planar.<br><br>*"a thermally conducting base"*<br><br>The Leedarson A19 LED Package includes a thermally conducting base, as shown in the below x-ray image of the product. <br><br>REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| | ***"at least a portion of the thermally conducting base is substantially planar"***<br><br>As shown in the below x-rays from two perpendicular axes of the Leedarson A19 LED Package, at least a portion of the thermally conducting base is substantially planar.<br><br>REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| 1[b]. one or more electrically insulating layers overlying at least a portion of the planar portion of the thermally conducting base and defining a surface cavity, | *"one or more electrically insulating layers"*<br><br>The Leedarson A19 LED Package includes one or more electrically insulating, as shown below in the images of the product.<br><br>REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---------|--------------------------------------------------------------------------------------------------|
|         | REDACTED                                                                                         |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
|  | REDACTED<br><br>***"overlying at least a portion of the planar portion of the thermally conducting base"***<br><br>The electrically insulating layer in the Leedarson A19 LED Package overlies at least a portion of the planar portion of the thermally conductive base, as shown in the images below.<br><br>REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| | REDACTED<br><br>*"one or more electrically insulating layers . . . defining a surface cavity"*<br>The electrically insulating layer defines a surface cavity, as shown below.<br><br>REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| | REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| 1[c]. wherein the electrically insulating layers include one or more terminals; | The electrically insulating layer of the Leedarson A19 LED Package identified above under claim limitation 1[b] includes one or more terminals. The electrically insulating layer includes a terminal, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ in the images below.<br><br>REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| 1[d]. one or more LED die disposed at least partially within the surface cavity, | The Leedarson A19 LED Package includes one or more LED die disposed at least partially within the surface cavity ▮▮▮▮▮▮▮▮▮▮▮▮ as shown in the images of the product below.<br><br>REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| 1[e]. wherein the one or more LED die are in thermal contact with the planar portion of the thermally conducting base, and electrically connected to the one or more terminals of the one or more insulating layers, | *"wherein the one or more LED die are in thermal contact with the planar portion of the thermally conducting base"*<br><br>The Leedarson A19 LED Package includes one or more LED die that are in thermal contact with the planar portion of the thermally conducting base. As shown in the below image of the product, the LED die is located ███████ and in thermal contact with, the planar portion of the thermally conducting base. ████████████<br><br>REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| | *"wherein the one or more LED die are . . . electrically connected to the one or more terminals of the one or more insulating layers"*<br><br>The Leedarson A19 LED Package includes one or more LED die that are electrically connected to one or more terminals of the insulating layer.<br><br>REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| 1[f]. wherein a bottom surface of the LED assembly includes a thermally conductive region in solderable thermal contact with the thermally conducting base, for spreading heat transmitted to the base from the one or more LED die; and | *"wherein a bottom surface of the LED assembly includes a thermally conductive region in solderable thermal contact with the thermally conducting base"*<br><br>The Leedarson A19 LED Package contains a bottom surface that includes a thermally conductive region in solderable thermal contact with the thermally conducting base. As shown in the images below.<br><br>REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| | *"for spreading heat transmitted to the base from the one or more LED die"*<br><br>The bottom surface of the Leedarson A19 LED Package includes a thermally conductive region for spreading heat transmitted to the base from the LED die.<br><br>REDACTED |

| Claim 1 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| 1[g]. further comprising an LED assembly mount selected from the group consisting of an electrically insulated fastener and a solderable bonding pad. | The Leedarson A19 LED Package further includes an LED assembly mount selected from the group consisting of an electrically insulated fastener and a solderable bonding pad. REDACTED |

| Claim 2 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| 2. The LED assembly of claim 1, wherein the thermally conductive region is an integral part of the thermally conducting base. | The Leedarson A19 LED Package includes a thermally conductive region that is an integral part of the thermally conducting base.<br><br>REDACTED |

| Claim 2 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
|  | A bottom-view image of the thermally conductive region is shown below. REDACTED |

| Claim 6 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| 6. The LED assembly of claim 1, wherein the thermally conducting base includes a metal base. | The Leedarson A19 LED Package includes a thermally conducting base that includes a metal base, as shown below. <br><br> REDACTED |

| Claim 10 | Leedarson LEDi2 6W (40W Equivalent) Dimmable A19 LED Light Bulb (Warm White) (i2-LA19D06-27K-4P) |
|---|---|
| 10. The LED assembly of claim 1, wherein the one or more LED die are at least partially encapsulated within the cavity. | The Leedarson A19 LED Package includes one or more LED die that are at least partially encapsulated within the cavity. REDACTED |