*Exhibit 4*

## U.S. Patent No. 8,674,608
## ("'608 Patent")

**Accused Products**

The Leedarson Gateway in conjunction with one or more Leedarson luminaires (e.g., bulbs and downlights), sensors, and the Ardoo App for mobile devices (e.g., Android and iOS) (collectively the "Leedarson IOT System")[1] infringes at least claims 1, 2, 6, 12, 13, 16, 19, 20, 21, 22, 24, 28, and 37 of the '608 Patent.

| Claim 1 | Leedarson IOT System |
|---|---|
| 1[pre]. A luminaire comprising: | The preamble is not a limitation. To the extent the preamble is construed as a limitation, the Leedarson IOT System includes luminaires (e.g., the Leedarson "smart" bulbs and downlights) as described in further detail below. |

---

[1]Information in this chart is sourced Leedarson's product website, http://www.leedarson.com/iot.php, testing and analysis performed on behalf of LSG, and other public sources as noted herein.

PUBLIC VERSION

| Claim 1 | Leedarson IOT System |
|---|---|
| 1[a] a light source from which light is emittable into an environment; | The Leedarson IOT System includes a light source from which light is emittable into an environment. <br><br> **REDACTED** |

2 *Available at* http://www.leedarson.com/iot.php/Product/detail/id/160.

| Claim 1 | Leedarson IOT System |
|---------|----------------------|
|         | A number of additional light sources are listed as compatible with the IOT system on Leedarson's website[3] as shown below: <br><br> # REDACTED |

---

[3] *Available at* http://www.leedarson.com/iot.php/Product/index/classid/20/p/2/.

| Claim 1 | Leedarson IOT System |
|---------|----------------------|
| 1[b] a controller including a processor and memory to analyze data relating to conditions in the environment and to control the light source; | The Leedarson IOT System includes a controller including a processor and memory to analyze data ████████████████████████████████████████ REDACTED |

| Claim 1 | Leedarson IOT System |
|---------|----------------------|
|         | **REDACTED** |

---

[4] *Available at*  http://www.leedarson.com/iot.php/Product/detail/id/177.
[5] *Available at* http://www.leedarson.com/iot.php/.

| Claim 1 | Leedarson IOT System |
|---------|----------------------|
| 1[c] sensors in communication with the controller to detect the conditions in the environment and generate the data relating to the conditions, the data being transmittable to the controller; | The Leedarson IOT System includes sensors in communication with the controller to detect a condition in the environment and generate the data relating to the condition, the data being transmittable to the controller for analysis. <br><br> ***"sensors . . . to detect the conditions in the environment and generate the data relating to the conditions"*** <br><br> REDACTED |

| Claim 1 | Leedarson IOT System |
|---------|----------------------|
|         | The sensors are able to generate data based on detected conditions in the environment, which is used by the controller to modify the operation of the lights, as described below with respect to the motion sensor:<br><br>**REDACTED**<br><br>*"sensors in communication with the controller"*<br><br>**REDACTED** |

---

[6] *Available at* https://smartsolution247.com/leedarson-intelligent-motion-sensor-series-brings-intelligence-to-your-home/.

| Claim 1 | Leedarson IOT System |
|---------|---------------------|
| | ***"the data being transmittable to the controller"*** |
| | The data ████████████████████████████████████████ is transmittable to the controller. ████████████████████████████████████████████████████████████████████████████████████████████████ |
| | |

# REDACTED

| Claim 1 | Leedarson IOT System |
|---|---|
| 1[d] rules definable to affect operation of the light source, the rules being stored in the memory to be comparable with the data; | The Leedarson IOT System includes rules definable to affect operation of light sources, the rules being stored in memory to be comparable with the data, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **REDACTED** |

| Claim 1 | Leedarson IOT System |
|---------|----------------------|
|         | **REDACTED**         |

---

[7] *Available at* http://www.leedarson.com/iot.php/.
[8] *Available at*  http://www.leedarson.com/iot.php/Product/detail/id/177.

| Claim 1 | Leedarson IOT System |
|---------|----------------------|
| 1[e] wherein the light source is operable in a plurality of modes defined by the rules; | The Leedarson IOT System includes light sources operable in a plurality of modes defined by the rules.<br><br>**REDACTED** |

---

⁹ *Available at* https://play.google.com/store/apps/details?id=com.iotsolution.arnoo.

| Claim 1 | Leedarson IOT System |
|---|---|
| 1[f] wherein operation of the light source is modifiable by the controller responsive to the data relating to at least one of the conditions; | The Leedarson IOT System enables operation of the light source that is modifiable by the controller responsive to the data relating to at least one of the conditions. ████████████████ ████████ (the controller) modifies operation of the light source responsive to the data relating to at least one of the conditions ████████████████████████ ████████████████████████ |

| Claim 1 | Leedarson IOT System |
|---|---|
| 1[g] wherein the light source is operable having a duty cycle controlled by the controller, the duty cycle having an active duration wherein the light source emits the light and an inactive duration wherein the light source does not emit the light; | The Leedarson IOT System is operable to have a duty cycle controlled by the controller, the duty cycle having an active duration wherein light bulbs emit light and inactive durations wherein the **REDACTED** |

---

[10] *Available at* https://play.google.com/store/apps/details?id=com.iotsolution.arnoo.

| Claim 1 | Leedarson IOT System |
|---|---|
| 1[h] wherein the sensors include a motion detector in communication with the controller to detect motion in the environment as the condition; | The sensors in the Leedarson IOT System include a motion detector in communication with the controller to detect motion in the environment as the condition<br><br>**REDACTED** |

_____

[11] *Available at* http://iot.leedarson.com/iot.php/Product/detail/id/220.
[12] *Available at* http://www.leedarson.com/index.php/News/detail/id/28.

| Claim 1 | Leedarson IOT System |
|---|---|
| 1[i] wherein the motion detector transmits the data to the controller relating to the motion that is detected; | The motion detector in the Leedarson IOT System transmits the data to the controller relating to the motion that is detected. **REDACTED** |

| Claim 1 | Leedarson IOT System |
|---|---|
| 1[j] wherein ambient light levels in the environment are detectable by at least one of the sensors in communication with the controller as the condition; and | Ambient light levels in the environment are detectable as the condition by a sensor in the Leedarson IOT System, which is in communication with the controller REDACTED |

15 *Available at* http://iot.leedarson.com/iot.php/Product/detail/id/220.
16 *Available at* http://www.leedarson.com/index.php/News/detail/id/28.

| Claim 1 | Leedarson IOT System |
|---------|---------------------|
| | # REDACTED |
| 1[k] wherein data is transmitted to the controller relating to the ambient light levels that are detected, the ambient light levels being detectable during the inactive duration of the duty cycle. | Data relating to the ambient light levels that are detected is transmitted to the controller in the Leedarson IOT System, as described above with respect to claim limitations 1[c] and 1[j]. During the inactive duration of the duty cycle ██████████████████████████████ can detect ambient light levels and transmit the corresponding data to ████████████████████████████████████████████ |

| Claim 2 | Leedarson IOT System |
|---|---|
| 2. A luminaire according to claim 1 further comprising a timer in communication with the controller, wherein the timer transmits data to the controller relating to an amount of time elapsed relating to an event definable by the rules, the timer being includable in the controller. | The Leedarson IOT System includes a timer in communication with the controller ████████ ████████████████, wherein the timer transmits data to the controller relating to an amount of time elapsed relating to an event definable by the rules, the timer being includable in the controller.<br><br>██████████████████████████████████████<br>██████████████████████████████████████<br>████████████████████████████████<br><br>**REDACTED** |

---

[17] *Available at* https://play.google.com/store/apps/details?id=com.iotsolution.arnoo.

| Claim 6 | Leedarson IOT System |
|---|---|
| 6. A luminaire according to claim 1 wherein the light source is a light emitting semiconductor device. | As described *supra* for claim 1, various lighting devices can be used in the Leedarson IOT System, including LED-based light bulbs and other LED light sources.  For example, the A60 RGBW bulb described above with respect to claim 1 is an LED-based light bulb:[18]<br><br>**A60 LED BULB RGBW**<br><br>**Brand Name:** LEEDARSON<br>**Product Identifier:** 6VA-A806ST-Q1G<br>**Product Version:** HW: 255 FW: 2.00<br>**Z-Wave Certification Number:** ZC10-17065650<br>**Z-Wave Certification Date:** 6/8/2017<br>**Z-Wave Protocol Implementation Conformance Statement:**  View   Download<br><br>Our RGBW bulb has three functional categories: Good, Better and Best. Good is your basic On, Off and Dim. Using your app and controller/gateway, you can turn your lights on, off and dim them down to 5% brightness from anywhere in the world, using your smartphone. At 2700K and 800 lumens, it is a true 60W equivalent. At Better, this is where the innovative technology takes over. You get your basic On, Off and Dim, but now you have the ability to tune the white color from a warm 1800K to a cool 6500K. The ability to tune the white is what we call Tunable White, or TW. The last functional category is Best. With Best, not only do you get On, Off, Dim, and Tunable White, but now we add the colors of Red, Green and Blue. This lighting is what we call RGBW. With Leedarson's RGBW bulbs, you will get full, saturated colors that are true Reds, true Greens and true Blues. Having this capability allows combinations of 16 Million colors.<br>With all of our lighting, and the app that supports it, you can group lights together, set different lighting scenes for different groups and set schdules to autotmatically turns lights, and groups, on and off. Automatically turning your lights on and off when you're away, gives the impression you are actually home and this will help deter unwanted entry. |

---

[18] *Available at* https://products.z-wavealliance.org/products/2426.

| Claim 12 | Leedarson IOT System |
|---|---|
| 12. A luminaire according to claim 1 further comprising an interface to define the rules. | As described *supra* in claim 1[d], the Arnoo App of the Leedarson IOT System includes a user interface to define the rules ███████████████████████ An exemplary image of the user interface of the Arnoo App is shown below:<br><br><div align="center">**REDACTED**</div> |

| Claim 13 | Leedarson IOT System |
|---|---|
| 13. A luminaire according to claim 12 wherein the interface is manipulable to cause a signal to be sent to the controller, wherein the signal relates to a state of the interface. | As described *supra* in claim 1[d], the Arnoo App within the Leedarson IOT System includes a user interface manipulable to cause a signal to be sent to the controller, wherein the signal relates to a state of the user interface. ██████████████████████████████████████████████████████████████████████ |

| Claim 16 | Leedarson IOT System |
|---|---|
| 16. A luminaire according to claim 1 wherein the ambient light levels are detectable by an ambient light detector in communication with the controller to detect the ambient light levels in the environment as the condition, wherein the controller receives the data from the ambient light detector relating to the ambient light levels that are detected. | As described *supra* in claim 1[c], the Leedarson IOT System uses an ambient light sensor to detect ambient light levels as the claimed "condition." ██████████████████████████████████████████████████████████████████████ |

| Claim 19 | Leedarson IOT System |
|---|---|
| 19. A luminaire according to claim 1 wherein the light source is operable by dimming the light source or moving the light source between an on position and an off position. | The Leedarson IOT System allows the light source to be operable by dimming the light or moving the light source between an on position and an off position. ████████████████████████████████████████ <br><br> **REDACTED** |

19 *Available at* https://play.google.com/store/apps/details?id=com.iotsmarthome.localds.ble.

| Claim 20 | Leedarson IOT System |
|---|---|
| 20. A system for controlling a luminaire comprising: | The preamble is not a limitation. To the extent the preamble is construed as a limitation, the Leedarson Iot System is a system for controlling luminaires.  The Leedarson IOT System, as set forth *supra* in claim 1, includes a ██████████████████████████████ ████ |
| 20[a] a controller including a processor and memory to analyze data and to control a light source to emit light; | The Leedarson IOT System includes a controller including a processor and memory to analyze data and to control a light source to emit light.  *See, e.g.*, *supra* claim 1[b]. |
| 20[b] an interface that is manipulable to cause a signal to be sent to the controller, wherein the signal relates to a state of the interface; | The Leedarson IOT System includes an interface that is manipulable to cause a signal to be sent to the controller, wherein the signal relates to a state of the interface. ████████████████████. *See, e.g.*, *supra* claim 1[d] and claim 13. |
| 20[c] sensors in communication with the controller to detect a condition in the environment and generate the data relating to the condition, the data being transmittable to the controller for analysis; | The Leedarson IOT System includes sensors in communication with the controller to detect a condition in the environment and generate the data relating to the condition, the data being transmittable to the controller for analysis.  As set forth *supra* in claim 1[c]-1[i], ████████████████████ ██████████████████████ |
| 20[d] rules definable to affect operation of the light source, the rules being stored in the memory to be comparable with the data, the rules being definable using the interface; | The Leedarson IOT System uses rules definable to affect operation of light sources, the rules being stored in memory to be comparable with the data from connected sensors.  Such rules are described *supra* in claim 1[d] and 1[e]. |

| Claim 20 | Leedarson IOT System |
|---|---|
| 20[e] wherein the light source is operable in a plurality of modes defined by the rules, at least one of the plurality of modes being selectable and definable using the interface. | The Leedarson IOT System includes light sources operable in a plurality of modes defined by the rules, at least one of the plurality of modes being selected and definable using the interface. As set forth *supra* in claim 1[e], a user may operate the Leedarson IOT System ██████████████████████████████████████████████████████████████████████████████████████ |

| Claim 21 | Leedarson IOT System |
|---|---|
| 21. A system according to claim 20 wherein the sensors include a motion detector in communication with the controller to detect motion in the environment as the condition, wherein the motion detector transmits the data to the controller relating to the motion that is detected. | The Leedarson IOT System includes a motion detector in communication with the controller to detect motion in the environment as the condition, wherein the motion detector transmits the data to the controller relating to the motion that is detected. *See supra* claim 1[c] (describing motion sensing functionality of Leedarson IOT System devices). |

| Claim 22 | Leedarson IOT System |
|---|---|
| 22. A system according to claim 20 wherein the light source is operable having a duty cycle controlled by the controller, the duty cycle having an active duration wherein the light source emits the light and an inactive duration wherein the light source does not emit the light. | The Leedarson IOT System's light sources are operable having a duty cycle controlled by the controller, the duty cycle having an active duration wherein the light source emits the light and an inactive duration wherein the light source does not emit the light. ████████████████ ████████████████████████████████████ |

| Claim 24 | Leedarson IOT System |
|---|---|
| 24. A system according to claim 20 further comprising a timer in communication with the controller, wherein the timer transmits data to the controller relating to an amount of time elapsed relating to an event definable by the rules, the timer being includable in the controller. | The Leedarson IOT System includes a timer in communication with the controller, wherein the timer transmits data to the controller relating to an amount of time elapsed relating to an event definable by the rules, the timer being includable in the controller.  *See supra* claim 2. |

| Claim 28 | Leedarson IOT System |
|---|---|
| 28. A system according to claim 20 wherein the light source is a light emitting semiconductor device. | The light sources of the available luminaire devices for the Leedarson IOT System are LED-based. *See, e.g.*, *supra* claim 6. |

| Claim 37 | Leedarson IOT System |
|---|---|
| 37. A system according to claim 20 wherein the light source is operable by dimming the light source or moving the light source between an on position and an off position. | As set forth in claim 19, lights in the Leedarson IOT System are operable by dimming, brightening, and on/off switching. *See supra* claim 19. |